IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

A.A.,

Petitioner,

v.

Warden, STEWART DETENTION CENTER, *et al.*,

Respondents.

Case No. 4:26-cv-1241-CDL-AGH
28 U.S.C. § 2241

ORDER

Petitioner having received a bond hearing as ordered by the Court and failing to show cause why Petitioner's application for habeas relief is not moot, this case is dismissed.

IT IS SO ORDERED, this 23rd day of October, 2026.

s/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA