IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| AJAY AJAY, | * | |
| Petitioner, | * | |
| v. | | Case No. 4:26-cv-1241-CDL-AGH |
| | * | |
| Warden, STEWART DETENTION CENTER et al, | * | |
| Respondents. | * | |

**<u>JUDGMENT</u>**

Pursuant to this Court's Order dated October 23, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 23rd day of October, 2026.

David W. Bunt, Clerk

s/ Ashley N. Yates, Deputy Clerk